B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**BOYD, ADRIAN** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**BOYD, LATHA A.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Boyd IT Consulting, Inc.; DBA Hipnotic Teez; DBA Boyd IT Consulting LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Latha Boyd; AKA Latha Elam; AKA Latha A. Elam** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5319** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8503** |
| Street Address of Debtor (No. and Street, City, and State):<br>**359 Osage Drive**<br>**Bolingbrook, IL**<br>ZIP Code **60490** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**359 Osage Drive**<br>**Bolingbrook, IL**<br>ZIP Code **60490** |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business:<br>**Will** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08)                                                                                         Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **BOYD, ADRIAN**<br>**BOYD, LATHA A.** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ Gregory D. Bruno**          **November 30, 2009**<br>Signature of Attorney for Debtor(s)          (Date)<br>**Gregory D. Bruno** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

  ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

  ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

  ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **BOYD, ADRIAN**<br>**BOYD, LATHA A.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ ADRIAN BOYD**
Signature of Debtor **ADRIAN BOYD**

X **/s/ LATHA A. BOYD**
Signature of Joint Debtor **LATHA A. BOYD**

Telephone Number (If not represented by attorney)

**November 30, 2009**
Date

### Signature of Attorney*

X **/s/ Gregory D. Bruno**
Signature of Attorney for Debtor(s)

**Gregory D. Bruno**
Printed Name of Attorney for Debtor(s)

**Law Offices of Gregory D. Bruno**
Firm Name

**1807 N. Broadway**
**Melrose Park, IL 60160**

Address

**(708) 343-4544  Fax: (708) 343-4670**
Telephone Number

**November 30, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **ADRIAN BOYD**
**LATHA A. BOYD**
_____
Debtor(s)

Case No. _____
Chapter      **7**   _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ ADRIAN BOYD**
                      **ADRIAN BOYD**

Date:  **November 30, 2009**

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
### Northern District of Illinois

In re     **ADRIAN BOYD**
**LATHA A. BOYD**                                             Case No.
_____      Chapter     **7**
                                          Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     **/s/ LATHA A. BOYD**
                        **LATHA A. BOYD**

Date:   **November 30, 2009**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **ADRIAN BOYD,**      Case No. _____
        **LATHA A. BOYD**

                        Debtors     Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 349,675.00 | | |
| B - Personal Property | Yes | 4 | 90,620.69 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 427,430.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 3,842.05 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 20 | | 104,051.08 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 6,624.27 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 6,618.00 |
| Total Number of Sheets of ALL Schedules | | 35 | | | |
| Total Assets | | | 440,295.69 | | |
| Total Liabilities | | | | 535,323.13 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re　**ADRIAN BOYD,**　　　　　　　　　　　　　Case No. _____
　　　　**LATHA A. BOYD**

　　　　　　　　　　　　　　　　　　　　　Debtors　　Chapter　　　　　　**7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐　Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 3,842.05 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 3,842.05 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 6,624.27 |
| Average Expenses (from Schedule J, Line 18) | 6,618.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 9,274.14 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 60,930.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 75.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 3,767.05 |
| 4. Total from Schedule F | | 104,051.08 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 168,748.13 |

B6A (Official Form 6A) (12/07)

In re    **ADRIAN BOYD,**
     **LATHA A. BOYD**                                                           Case No. _____

                                            ,
                                  Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single-family, four bedroom home located at 359 Osage Drive, Bolingbrook, Illinois** | **Debtors are owners of record in joint tenancy** | J | 349,675.00 | 410,605.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 349,675.00 | (Total of this page) |
| Total > | 349,675.00 |  |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **ADRIAN BOYD,**
**LATHA A. BOYD**
                                                     ,
                    Debtors

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand | | **Cash on hand** **Location: 359 Osage Drive, Bolingbrook IL** | **J** | **100.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account** **Chase Bank, Bolingbrook, Illinois** | **J** | **3,520.42** |
| | | **Checking account** **National City Bank, Crest Hill, Illinois** | **H** | **0.27** |
| | | **Savings account** **ING Direct** | **J** | **500.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Misc. items of furniture, to wit: TV's, VCR, DVD player, stereo, bedroom sets, sofa & matching chair, end tables, kitchen table & chairs, cookware, small appliances, stove, refrigerator, microwave, washer, dryer, computers (2) and printers (2), cell phones** | **J** | **1,500.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Misc. items of man's, woman's and child's clothing** **Location: 359 Osage Drive, Bolingbrook IL** | **J** | **1,000.00** |
| 7. Furs and jewelry. | | **Misc. items of man's and woman's jewelry, to wit: wedding rings, chain, earrings, necklaces, bracelets, costume jewelry items, watches** | **J** | **2,000.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >   **8,620.69**
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **ADRIAN BOYD,**
    **LATHA A. BOYD**                                                        Case No. _____

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401(k) retirement savings account through employer, Walgreen's Corporation Deerfield, Illinois** | **W** | **60,000.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >          **60,000.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **ADRIAN BOYD,**
　　　　**LATHA A. BOYD**

Case No. _____

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Honda Civic automobile; 70,000 miles; good condition Location: 359 Osage Drive, Bolingbrook IL | J | 17,000.00 |
| | | 2004 Honda Mega Scooter; 676  miles; good condition Location: 359 Osage Drive, Bolingbrook IL | J | 5,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Sub-Total >　　　22,000.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re    **ADRIAN BOYD,**                                              Case No. _____
         **LATHA A. BOYD**
_____,
                        Debtors
## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 90,620.69 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re     **ADRIAN BOYD,**                                                    Case No. _____
          **LATHA A. BOYD**

_____ ,
                              Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                               $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash on hand** | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| **Location: 359 Osage Drive, Bolingbrook IL** | | | |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking account** | 735 ILCS 5/12-1001(b) | 3,520.42 | 3,520.42 |
| **Chase Bank, Bolingbrook, Illinois** | | | |
| | | | |
| **Checking account** | 735 ILCS 5/12-1001(b) | 0.27 | 0.27 |
| **National City Bank, Crest Hill, Illinois** | | | |
| | | | |
| **Savings account** | 735 ILCS 5/12-1001(b) | 500.00 | 500.00 |
| **ING Direct** | | | |
| | | | |
| **Household Goods and Furnishings** | | | |
| **Misc. items of furniture, to wit:  TV's, VCR, DVD player, stereo, bedroom sets, sofa & matching chair, end tables, kitchen table & chairs, cookware, small appliances, stove, refrigerator, microwave, washer, dryer, computers (2)  and printers (2), cell phones** | 735 ILCS 5/12-1001(b) | 1,500.00 | 1,500.00 |
| | | | |
| **Wearing Apparel** | | | |
| **Misc. items of man's, woman's and child's clothing** | 735 ILCS 5/12-1001(a) | 1,000.00 | 1,000.00 |
| **Location: 359 Osage Drive, Bolingbrook IL** | | | |
| | | | |
| **Furs and Jewelry** | | | |
| **Misc. items of man's and woman's jewelry, to wit:  wedding rings, chain, earrings, necklaces, bracelets, costume jewelry items, watches** | 735 ILCS 5/12-1001(b) | 2,000.00 | 2,000.00 |
| | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **401(k) retirement savings account through employer, Walgreen's Corporation Deerfield, Illinois** | 735 ILCS 5/12-704 | 60,000.00 | 60,000.00 |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2004 Honda Mega Scooter; 676  miles; good condition** | 735 ILCS 5/12-1001(c) | 4,800.00 | 5,000.00 |
| | 735 ILCS 5/12-1001(b) | 200.00 | |
| **Location: 359 Osage Drive, Bolingbrook IL** | | | |
| | | Total:  73,620.69 | 73,620.69 |

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **ADRIAN BOYD,**
      **LATHA A. BOYD**

Case No. _____

                          ,
                Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. **4010896418688** | | | | Opened 8/30/05 Last Active 9/01/09 | | | | | |
| **Regions Mortgage** P.O. Box 18001 Hattiesburg, MS 39404 | | J | | first mortgage<br><br>Single-family, four bedroom home located at 359 Osage Drive, Bolingbrook, Illinois | | | | | |
| | | | | Value $         **349,675.00** | | | | **324,726.00** | **0.00** |
| Account No. **519380108340** | | | | Opened 10/05/07 Last Active 8/01/09 | | | | | |
| **Wachovia Dealer Services, Inc.** P.O. Box 25341 Santa Ana, CA 92799 | | J | | auto loan<br><br>2005 Honda Civic automobile; 70,000 miles; good condition<br>Location: 359 Osage Drive, Bolingbrook IL | | | | | |
| | | | | Value $         **17,000.00** | | | | **16,825.00** | **0.00** |
| Account No. **00419400531392** | | | | Opened 2/28/06 Last Active 8/18/09 | | | | | |
| **WaMu / Washington Mutual Bank** JPMorgan Chase Bank, N.A. 7255 Baymeadows Way Jacksonville, FL 32256 | | J | | second mortgage/home equity line of credit<br><br>Single-family, four bedroom home located at 359 Osage Drive, Bolingbrook, Illinois | | | | | |
| | | | | Value $         **349,675.00** | | | | **85,879.00** | **60,930.00** |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

  **0**   continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | **427,430.00** | **60,930.00** |
| Total (Report on Summary of Schedules) | **427,430.00** | **60,930.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07)

.

In re    **ADRIAN BOYD,**
     **LATHA A. BOYD**
                                           ,
                                  Debtors

Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

            **2**      continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
                               Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **ADRIAN BOYD,**
         **LATHA A. BOYD**

Case No. _____

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Docket # 1995520493DM** <br><br> **IL Dept of Healthcare & Family Svcs Div. of Child Support Enforcement 16 W. Cass Street, 4th Floor Joliet, IL 60432** | | H | **on or about 1/23/1996** <br><br> **Monthly child support obligation as ordered by a Court of law** | | X | | Unknown | **Unknown** <br><br> **Unknown** |
| Account No. <br><br> **Representing: IL Dept of Healthcare & Family Svcs** | | | **Div. of Child Support Enforcement P.O. Box 19405 Springfield, IL 62794** | | | | | |
| Account No. <br><br> **Representing: IL Dept of Healthcare & Family Svcs** | | | **State Disbursement Unit P.O. Box 5400 Carol Stream, IL 60197** | | | | | |
| Account No. **Docket # 1995520493DM** <br><br> **Karen L. Boyd present whereabouts unknown** | | H | **on or about 1/23/1996** <br><br> **Monthly child support obligation as ordered by a Court of law** | | X | | Unknown | **Unknown** <br><br> **Unknown** |
| Account No. **Docket # 1995520493DM** <br><br> **Michigan SDU P.O. Box 30351 Lansing, MI 48909** | | H | **on or about 1/23/1996** <br><br> **Monthly child support obligation as ordered by a Court of law** | | X | | Unknown | **Unknown** <br><br> **Unknown** |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| **0.00** | **0.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **ADRIAN BOYD,**
    **LATHA A. BOYD**
                                               ,

Case No. _____

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **account ending in 5319** <br><br> **Internal Revenue Service Department of the Treasury P.O. Box 804527 Cincinnati, OH 45280** | | J | **tax period ending 12-31-2008** <br><br> **Claim for unpaid Form 1040 income taxes, interest, late fees and other penalties and charges** | | | | 3,842.05 | 3,767.05 | 75.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 3,842.05 | 3,767.05 75.00 |
| Total (Report on Summary of Schedules) | 3,842.05 | 3,767.05 75.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re  **ADRIAN BOYD,**
    **LATHA A. BOYD**
    _____ ,
                        Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Monitoring # N015332414**<br><br>**ADT Security Services, Inc.**<br>**P.O. Box 650485**<br>**Dallas, TX 75265** | | | J | | 2009<br>**Claim for balance due for home security service** | | | | 195.35 |
| Account No. **83 12382847**<br><br>**Advance Insurance Consultants, Inc.**<br>**1783 S. Washington Street, #101B**<br>**Naperville, IL 60565** | X | | J | | 2008 - 2009<br>**Claim for balance due for insurance** | | | | 178.00 |
| Account No. **7022446009624277**<br><br>**American General Finance**<br>**600 N Royal Avenue**<br>**Evansville, IN 47715** | | | W | | **Opened  7/04/02  Last Active  6/04/03**<br>**Charge Account** | | | | 0.00 |
| Account No. **8020979003221952**<br><br>**American General Finance**<br>**2149 W. Jefferson Street**<br>**Joliet, IL 60435** | | | W | | **Opened  8/05/02  Last Active  1/01/03**<br>**Credit account** | | | | 0.00 |

| | |
|---|---|
| __19__  continuation sheets attached | Subtotal<br>(Total of this page)  373.35 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **ADRIAN BOYD,**
         **LATHA A. BOYD**
                                                                          Case No. _____
_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. 5774 4212 2001 5847 <br><br> **American Sale** <br> **By Wells Fargo Financial Natl Bank** <br> **P.O. Box 94498** <br> **Las Vegas, NV 89193** | | | | J | **2008 - 2009** <br> **Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | 324.55 |
| Account No. 8755-001215 <br><br> **American Sale** <br> **By Wells Fargo Financial Natl Bank** <br> **P.O. Box 94498** <br> **Las Vegas, NV 89193** | | | | J | **Opened 7/21/07 Last Active 6/01/09** <br> **Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | 256.58 |
| Account No. 630 759-0134 563 1 <br><br> **AT&T** <br> **P.O. Box 8100** <br> **Aurora, IL 60507** | | | | J | **2008 - 2009** <br> **Claim for balance due for telephone service** | | | | 182.88 |
| Account No. 5490 3539 8939 9851 <br><br> **Bank of America** <br> **P.O. Box 15019** <br> **Wilmington, DE 19886** | | | | J | **2005 - 2009** <br> **Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | 7,616.44 |
| Account No. 69 <br><br> **Bank of America** <br> **P.O. Box 17054** <br> **Wilmington, DE 19850** | | | | J | **Opened 6/24/05 Last Active 9/01/05** <br> **Credit account** | | | | 0.00 |

Sheet no. __**1**___ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,380.45

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **ADRIAN BOYD,**  **LATHA A. BOYD**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 2690000017624 <br><br> **Bank One, N.A.** <br> **201 N Walnut St., # De1-10** <br> **Wilmington, DE 19801** | | J | Opened  3/11/96  Last Active 10/01/02 <br> Credit account | | | | 0.00 |
| Account No. 7670-027414 <br><br> **Bay Furniture** <br> **P.O. Box 98796** <br> **Las Vegas, NV 89193** | | J | 2007 - 2009 <br> Purchase of merchandise on credit | | | | 2,923.52 |
| Account No. 7001-1610-0118-2223 <br><br> **Best Buy Co., Inc.** <br> **c/o HSBC Retail Services** <br> **P.O. Box 17298** <br> **Baltimore, MD 21297** | | J | 2005 - 2009 <br> Purchase of merchandise on credit | | | | 2,740.75 |
| Account No. 7021-2703-1525-8706 <br><br> **Best Buy Co., Inc.** <br> **c/o HSBC Retail Services** <br> **P.O. Box 17298** <br> **Baltimore, MD 21297** | | J | 2006 - 2009 <br> Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items. | | | | 1,247.41 |
| Account No. 529107135632 <br><br> **Capital One** <br> **Capital One Bank (USA), N.A.** <br> **P.O. Box 30281** <br> **Salt Lake City, UT 84130** | | H | Opened  2/29/96  Last Active  5/01/02 <br> Credit account | | | | 0.00 |

Sheet no. __2___ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,911.68

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **ADRIAN BOYD,**
       **LATHA A. BOYD**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Carol Stream Fire Protection Dist.**<br>**c/o Seyfarth Shaw LLP**<br>**131 S. Dearborn St., Ste. 2400**<br>**Chicago, IL 60603** | | H | **2008 - 2009**<br>**Claims against Debtor for monies owed, plus court costs and interest, arising from lawsuit filed in Circuit Court of DuPage County, Case No. 2008 CH 4626, entitled Intelligent Solutions, Inc. vs. Adrian Boyd, et. al.** | | | X | **Unknown** |
| Account No. **4980573912**<br><br>**Chase**<br>**900 Stewart Ave Fl 3**<br>**Garden City, NY 11530** | | W | **Opened 3/23/99 Last Active 3/01/01**<br>**Credit account** | | | | **0.00** |
| Account No. **4104 1391 1089 7942**<br><br>**Chase Bank USA, N.A.**<br>**Chase VISA**<br>**P.O. Box 15548**<br>**Wilmington, DE 19886** | | J | **Opened 5/05/03 Last Active 6/01/09**<br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **3,389.18** |
| Account No.<br><br>Representing:<br>**Chase Bank USA, N.A.** | | | **Capital Management Services, LP**<br>**726 Exchange Street, Ste. 700**<br>**Buffalo, NY 14210** | | | | |
| Account No. **4104 1300 0393 9206**<br><br>**Chase Bank USA, N.A.**<br>**Chase VISA**<br>**P.O. Box 15548**<br>**Wilmington, DE 19886** | | J | **Opened 8/26/02 Last Active 6/01/09**<br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **763.85** |

Sheet no. **3** of **19** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,153.03**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **ADRIAN BOYD,**
**LATHA A. BOYD**
                                                                                    Case No. _____

                                                                    ,
                                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Representing:** **Chase Bank USA, N.A.** | | | Capital Management Services, LP 726 Exchange Street, Ste. 700 Buffalo, NY 14210 | | | | |
| Account No. **5491-0408-9935-4097** **Chase Bank USA, N.A.** **P.O. Box 15298** **Wilmington, DE 19850** | | J | Opened 1/18/01 Last Active 6/01/09 Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items. | | | | 4,717.00 |
| Account No. **Representing:** **Chase Bank USA, N.A.** | | | Capital Management Services, LP 726 Exchange Street, Ste. 700 Buffalo, NY 14210 | | | | |
| Account No. **444400012895** **Chase Bank USA, N.A.** **P.O. Box 15298** **Wilmington, DE 19850** | | J | Opened 3/01/96 Last Active 9/01/09 Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items. | | | | 999.00 |
| Account No. **Representing:** **Chase Bank USA, N.A.** | | | Capital Management Services, LP 726 Exchange Street, Ste. 700 Buffalo, NY 14210 | | | | |

Sheet no. __4__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,716.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **ADRIAN BOYD,**
**LATHA A. BOYD**
Case No. _____

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **418564815858** <br><br> **Chase Bank USA, N.A.** <br> **P.O. Box 15298** <br> **Wilmington, DE 19850** | | W | | | Opened 10/30/02  Last Active  9/21/05 <br> Credit account | | | | 0.00 |
| Account No. **5888964125807779** <br><br> **Chase-Pier** <br> **P.O. Box 15298** <br> **Wilmington, DE 19850** | | W | | | Opened 11/12/01  Last Active  3/09/07 <br> Credit account | | | | 0.00 |
| Account No. **8400957828** <br><br> **CIT Bank** <br> **serviced by Vericrest Financial Inc** <br> **P.O. Box 24330** <br> **Oklahoma City, OK 73124** | | J | | | Opened 9/26/05  Last Active  7/01/09 <br> Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items. | | | | 1,361.65 |
| Account No. **10440024748870020** <br><br> **CIT Bank / Dfs** <br> **12234 N Ih 35 Sb Bldg B** <br> **Austin, TX 78753** | | H | | | Opened 4/28/01  Last Active  5/28/04 <br> Credit account | | | | 0.00 |
| Account No. **account ending in 3775** <br><br> **CITI** <br> **P.O. Box 653095** <br> **Dallas, TX 75265** | | J | | | 2006 - 2009 <br> Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items. | | | | 905.70 |

Sheet no. __**5**__ of __**19**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,267.35

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **ADRIAN BOYD,**
        **LATHA A. BOYD**

Case No. _____

_____,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **542418016474** <br><br> **Citi** <br> **P.O. Box 6241** <br> **Sioux Falls, SD 57117** | | W | Opened 1/01/92 Last Active 4/23/99 <br> Credit account | | | | 0.00 |
| Account No. **account ending in 3775** <br><br> **Citibank (South Dakota), N.A.** <br> **Box 6000** <br> **The Lakes, NV 89163** | | J | 2006 - 2009 <br> Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items. | | | | 905.70 |
| Account No. **account ending in 3775** <br><br> **Citicorp Credit Services Inc. (USA)** <br> **P.O. Box 653095** <br> **Dallas, TX 75265** | | J | 2006 - 2009 <br> Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items. | | | | 905.70 |
| Account No. **603259014271** <br><br> **Citifinancial Retail Services** <br> **P.O. Box 22066** <br> **Tempe, AZ 85285** | | W | Opened 7/09/01 Last Active 3/05/02 <br> Charge Account | | | | 0.00 |
| Account No. **6032590159182459** <br><br> **Citifinancial Retail Services** <br> **P.O. Box 22066** <br> **Tempe, AZ 85285** | | W | Opened 2/19/01 <br> Charge Account | | | | 0.00 |

Sheet no. __6__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,811.40

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **ADRIAN BOYD,**                                  Case No. _____
          **LATHA A. BOYD**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **6011-0072-6528-7267**<br><br>**Discover Financial Svcs LLC**<br>**P.O. Box 15316**<br>**Wilmington, DE 19850** | | J | | Opened 7/17/05 Last Active 6/01/09<br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | 3,797.92 |
| Account No.<br><br>Representing:<br>**Discover Financial Svcs LLC** | | | | **Capital Management Services, LP**<br>**726 Exchange Street, Ste. 700**<br>**Buffalo, NY 14210** | | | | |
| Account No. **601100748026**<br><br>**Discover Financial Svcs LLC**<br>**P.O. Box 15316**<br>**Wilmington, DE 19850** | | J | | Opened 12/09/01 Last Active 8/14/02<br>**Credit account** | | | | 0.00 |
| Account No. **119661**<br><br>**Eagle Creek Apartments**<br>**c/o National Credit Audit Corp.**<br>**P.O. Box 730988**<br>**Dallas, TX 75373** | | J | | 2007 - 2009<br>**Claim for balance due on account** | | | | 2,269.00 |
| Account No.<br><br>Representing:<br>**Eagle Creek Apartments** | | | | **Resident Data Financial**<br>**12770 Colt Road, Ste. 1000**<br>**Dallas, TX 75251** | | | | |

Sheet no. \_\_**7**\_\_ of \_\_**19**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                               Subtotal
                     (Total of this page)      **6,066.92**

B6F (Official Form 6F) (12/07) - Cont.

In re **ADRIAN BOYD,**
 **LATHA A. BOYD**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5490 3539 8939 9851 **FIA Card Services, N.A. 655 Papermill Road Wilmington, DE 19884** | | | J | 2005 - 2009 **Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | 7,616.44 |
| Account No. 546700019200 **Fifth Third Bank 38 Fountain Square Plaza Cincinnati, OH 45202** | | W | | Opened 7/01/03 Last Active 3/07/05 **Credit account** | | | | 0.00 |
| Account No. 6034 6231 1612 2595 **Funancing c/o GE Money Bank P.O. Box 960061 El Paso, TX 79998** | | | J | 2008 **Purchase of merchandise on credit** | | | | 5,112.75 |
| Account No. 6034 6231 1612 2595 **GE Money Bank Attn: Bankruptcy Dept. P.O. Box 103106 Roswell, GA 30076** | | | J | 2008 **Purchase of merchandise on credit** | | | | 5,112.75 |
| Account No. 6044 0710 0482 0466 **GE Money Bank Attn: Bankruptcy Dept. P.O. Box 103104 Roswell, GA 30076** | | | J | 2008 - 2009 **Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | 91.06 |

Sheet no. __8__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,933.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **ADRIAN BOYD,**
    **LATHA A. BOYD**
                                                         ,

Case No. _____

                                 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **603462300710** <br><br> **GE Money Bank / American Honda** <br> **P.O. Box 981439** <br> **El Paso, TX 79998** | | W | **Opened 6/05/05 Last Active 8/03/06** <br> **Charge Account** | | | | 0.00 |
| Account No. **603462300811** <br><br> **GE Money Bank / American Honda** <br> **P.O. Box 981439** <br> **El Paso, TX 79998** | | H | **Opened 7/08/05 Last Active 3/06/07** <br> **Charge Account** | | | | 0.00 |
| Account No. **601918183576** <br><br> **GE Money Bank / Care Credit** <br> **P.O. Box 981439** <br> **El Paso, TX 79998** | | J | **Opened 10/09/05** <br> **Charge Account** | | | | 0.00 |
| Account No. **601921003429** <br><br> **GE Money Bank / Empire** <br> **P.O. Box 981439** <br> **El Paso, TX 79998** | | W | **Opened 3/27/01 Last Active 12/05/03** <br> **Charge Account** | | | | 0.00 |
| Account No. **6034623116122595** <br><br> **GE Money Bank / Funancing** <br> **P.O. Box 981439** <br> **El Paso, TX 79998** | | W | **Opened 7/10/05 Last Active 6/01/09** <br> **Purchase of merchandise on credit** | | | | 5,209.00 |

Sheet no. __**9**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,209.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **ADRIAN BOYD,**
**LATHA A. BOYD**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 6044071004820466 <br><br> **GE Money Bank / Paypal Buyer Credit** <br>**P.O. Box 981064** <br>**El Paso, TX 79998** | | H | **Opened 4/05/06 Last Active 6/01/09** <br> **Purchase of merchandise on credit** | | | | 140.00 |
| Account No. <br><br> **Representing:** <br>**GE Money Bank / Paypal Buyer Credit** | | | NCO Financial Systems Inc. <br> P.O. Box 4906 <br> DEPT 64 <br> Trenton, NJ 08650 | | | | |
| Account No. 6019180041580297 <br><br> **GE Money Bank / Sema** <br>**P.O. Box 981439** <br>**El Paso, TX 79998** | | H | **Opened 5/11/06 Last Active 3/06/07** <br> **Charge Account** | | | | 0.00 |
| Account No. -248024 <br><br> **GE Money Bank /JCPenney** <br>**Po Box 984100** <br>**El Paso, TX 79998** | | W | **Opened 11/13/00 Last Active 3/19/01** <br> **Charge Account** | | | | 0.00 |
| Account No. 83 12382847 <br><br> **Hartford Insurance Company** <br>**P.O. Box 2907** <br>**Hartford, CT 06104** | X | J | **2008 - 2009** <br> **Claim for balance due on insurance policy renewal** | | | | 178.00 |

Sheet no. __10__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

318.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **ADRIAN BOYD,**
         **LATHA A. BOYD**                                                      Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Representing: Harfford Insurance Company** | | | | | Lamont, Hanley & Associates, Inc. Attn: LISA SIMPLETON 1138 Elm Street, P.O. Box 179 Manchester, NH 03105 | | | | |
| Account No. **Representing: Harfford Insurance Company** | | | | | Lamont, Hanley & Associates, Inc. Attn: MS. CHRISTIANSEN 1138 Elm Street, P.O. Box 179 Manchester, NH 03105 | | | | |
| Account No. **169600-1001182223** **HSBC / Best Buy P.O. Box 15519 Wilmington, DE 19850** | J | | | | Opened 10/05/96 Last Active 6/01/09 Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items. | | | | 2,741.00 |
| Account No. **169691-0315258706** **HSBC / Best Buy P.O. Box 15519 Wilmington, DE 19850** | H | | | | Opened 1/24/05 Last Active 6/01/09 Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items. | | | | 1,247.00 |
| Account No. **149613341** **HSBC / Wickes 90 Christiana Road New Castle, DE 19720** | J | | | | Opened 11/24/96 Last Active 5/01/02 Charge Account | | | | 0.00 |

Sheet no. **11** of **19** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                3,988.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **ADRIAN BOYD,**
        **LATHA A. BOYD**
                                                                        Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **543700041736** <br><br> **HSBC Bank** <br> **P.O. Box 5253** <br> **Carol Stream, IL 60197** | | J | **Opened 12/01/93 Last Active 3/01/01** <br> **Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **4,481.00** |
| Account No. **543700048327** <br><br> **HSBC Bank** <br> **P.O. Box 5253** <br> **Carol Stream, IL 60197** | | J | **Opened 12/03/93 Last Active 5/01/02** <br> **Credit account** | | | | **0.00** |
| Account No. **7021-2703-1525-8706** <br><br> **HSBC Bank** <br> **HSBC Retail Services** <br> **P.O. Box 17298** <br> **Baltimore, MD 21297** | | J | **2006 - 2009** <br> **Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **1,247.41** |
| Account No. **7001-1610-0118-2223** <br><br> **HSBC Retail Services** <br> **P.O. Box 17298** <br> **Baltimore, MD 21297** | | J | **2005 - 2009** <br> **Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **2,740.75** |
| Account No. **0203-6011-0079-2035** <br><br> **HSBC Retail Services** <br> **P.O. Box 17602** <br> **Baltimore, MD 21297** | | J | **Opened 6/22/03 Last Active 6/01/09** <br> **Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **1,104.44** |

Sheet no. __**12**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,573.60**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **ADRIAN BOYD,**                                                    Case No. _____
         **LATHA A. BOYD**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **200571738090455** <br><br> **Infi Bank** <br> **1620 Dodge Street** <br> **Omaha, NE 68197** | | W | **Opened 7/01/03 Last Active 7/01/09** <br> **Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | 2,946.00 |
| Account No. **112204981478777** <br><br> **Infi Bank** <br> **1620 Dodge Street** <br> **Omaha, NE 68197** | | W | **Opened 7/01/03 Last Active 9/04/07** <br> **Credit account** | | | | 0.00 |
| Account No. <br><br> **Intelligent Solutions, Inc.** <br> **c/o Belongia, Shapiro & Hynes LLP** <br> **20 S. Clark St., Ste. 300** <br> **Chicago, IL 60603** | | H | **2008 - 2009** <br> **Claim pending and/or judgment entered against Debtor for monies owed, plus court costs and interest, in lawsuit filed in Circuit Court of DuPage County, Case No. 2008 CH 4626, entitled Intelligent Solutions, Inc. vs. Adrian Boyd, et. al.** | | | X | Unknown |
| Account No. **1210 0000 0006 8727** <br><br> **ISPC** <br> **1115 Gunn Highway** <br> **Odessa, FL 33556** | | J | **Opened 9/11/06 Last Active 7/01/09** <br> **Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | 4,445.00 |
| Account No. **3080851971** <br><br> **Jared Galleria of Jewelry** <br> **Jareds Jewelers** <br> **P.O. Box 740425** <br> **Cincinnati, OH 45274** | | H | **Opened 6/10/05 Last Active 7/01/09** <br> **Purchase of merchandise on credit** | | | | 171.27 |

Sheet no. __**13**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    7,562.27

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **ADRIAN BOYD,**
**LATHA A. BOYD**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 012-6220-007 <br><br>Kohl's<br>P.O. Box 2983<br>Milwaukee, WI 53201 | | J | | | 2007 - 2009<br>Purchase of merchandise on credit | | | | 378.84 |
| Account No. 029622000752 <br><br>Kohls / Chase<br>N56 W 17000 Ridgewood Drive<br>Menomonee Falls, WI 53051 | | W | | | Opened 12/10/99  Last Active  7/01/09<br>Purchase of merchandise on credit | | | | 414.00 |
| Account No. 4378738338720 <br><br>Macy's / Dept. Stores National Bank<br>9111 Duke Blvd<br>Mason, OH 45040 | | H | | | Opened 11/01/05  Last Active  3/22/07<br>Charge Account | | | | 0.00 |
| Account No. 425497000731 <br><br>Nextcard<br>P.O. Box 60610<br>Phoenix, AZ 85082 | | H | | | Opened  1/10/01  Last Active  5/01/02<br>Credit account | | | | 0.00 |
| Account No. 5140 1591 1968 1785 <br><br>One Card / MasterCard<br>P.O. Box 2858<br>Omaha, NE 68103 | | J | | | 2005 - 2009<br>Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items. | | | | 2,897.42 |

Sheet no. __14__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,690.26**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **ADRIAN BOYD,**
         **LATHA A. BOYD**

Case No. _____

_____,
                                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **6044 0710 0482 0466** **PayPal Buyer Credit P.O. Box 960080 Orlando, FL 32896** | | J | | **2008 - 2009** **Purchase of merchandise on credit** | | | | **91.06** |
| Account No. **3449889** **Pier 1 / Nb 800 Brooksedge Blvd. Westerville, OH 43081** | | W | | **Opened 11/12/01  Last Active  3/09/07** **Charge Account** | | | | **0.00** |
| Account No. **356062441010** **RNB-Fields3 P.O. Box 9475 Minneapolis, MN 55440** | | W | | **Opened 12/24/98** **Charge Account** | | | | **Unknown** |
| Account No. **0203-6011-0079-2035** **Sam Ash Music c/o HSBC Retail Services P.O. Box 17602 Baltimore, MD 21297** | | J | | **2007 - 2009** **Purchase of merchandise on credit** | | | | **1,104.44** |
| Account No. **Screen Printing Superstore 1780 Forrest Way Carson City, NV 89706** | | J | | **2009** **Purchase of merchandise on credit** | | | | **63.63** |

Sheet no. __**15**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,259.13**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **ADRIAN BOYD,**
      **LATHA A. BOYD**
                                           ,     Case No. _____

                                  Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 504994809486<br><br>**Sears / Citibank SD**<br>**P.O. Box 6189**<br>**Sioux Falls, SD 57117** | | J | Opened 12/12/00  Last Active  3/06/07<br>Charge Account | | | | 0.00 |
| Account No. 821995520493310642199931064219<br><br>**State of Michigan Office Chi**<br>**P.O. Box 30478**<br>**Lansing, MI 48909** | | H | Opened  1/23/96  Last Active  3/27/09<br>Claim for child support | | | | Unknown |
| Account No. 3555485031012<br><br>**Student Loan Mkt Assn.**<br>**2000 Bluffs Drive**<br>**Lawrence, KS 66044** | | W | Opened  4/30/92  Last Active  2/01/00<br>Educational loan | | | | 0.00 |
| Account No. 3555485031022<br><br>**Student Loan Mkt Assn.**<br>**2000 Bluffs Drive**<br>**Lawrence, KS 66044** | | W | Opened  4/30/92<br>Educational loan | | | | Unknown |
| Account No.<br><br>**T-Shirt Wholesaler**<br>**1780 Forrest Way**<br>**Carson City, NV 89706** | | J | 2009<br>Purchase of merchandise on credit | | | | 103.92 |

Sheet no. __16__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal
                        (Total of this page)     **103.92**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **ADRIAN BOYD,**
         **LATHA A. BOYD**                                          Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **83 12382847** <br><br> **The Hartford** <br> **Hartford Insurance Company** <br> **P.O. Box 2907** <br> **Hartford, CT 06104** | X | J | **2008 - 2009** <br> **Claim for balance due for insurance** | | | | 178.00 |
| Account No. <br><br> **Representing:** <br> **The Hartford** | | | Lamont, Hanley & Associates, Inc. <br> Attn: LISA SIMPLETON <br> 1138 Elm Street, P.O. Box 179 <br> Manchester, NH 03105 | | | | |
| Account No. **account ending in 3775** <br><br> **The Home Depot** <br> **c/o CITI** <br> **P.O. Box 653095** <br> **Dallas, TX 75265** | | J | **2007 - 2009** <br> **Purchase of merchandise on credit** | | | | 905.70 |
| Account No. **6035320493173775** <br><br> **The Home Depot / Citibank SD** <br> **P.O. Box 6497** <br> **Sioux Falls, SD 57117** | | W | **Opened 7/08/07 Last Active 5/05/09** <br> **Purchase of merchandise on credit** | | | | 1,008.00 |
| Account No. **6035320077184479** <br><br> **The Home Depot / Citibank SD** <br> **P.O. Box 6497** <br> **Sioux Falls, SD 57117** | | W | **Opened 12/14/00 Last Active 3/07/07** <br> **Charge Account** | | | | 0.00 |

Sheet no. __**17**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          2,091.70

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **ADRIAN BOYD,**
       **LATHA A. BOYD**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | Husband, Wife, Joint, or Community | | | | | |
| Account No. **03 0612 CD879**<br><br>**Toyota Financial Services**<br>**Toyota Motor Credit Company**<br>**P.O. Box 4102**<br>**Carol Stream, IL 60197** | | J | **9/2007**<br>**approximate balance due on auto lease; see Schedule G** | | | | **6,839.70** |
| Account No. **8400957828**<br><br>**Vericrest Financial, Inc.**<br>**P.O. Box 619063**<br>**Dallas, TX 75261** | | J | **Opened 9/26/05 Last Active 7/01/09**<br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **1,426.00** |
| Account No. **7670-027414**<br><br>**Wells Fargo Financial Natl Bank**<br>**800 Walnut Street**<br>**Des Moines, IA 50309** | | J | **Opened 2/12/05 Last Active 6/01/09**<br>**Purchase of merchandise on credit** | | | | **3,752.00** |
| Account No. **8755-001215**<br><br>**Wells Fargo Financial Natl Bank**<br>**P.O. Box 94498**<br>**Las Vegas, NV 89193** | | J | **Opened 7/21/07 Last Active 6/01/09**<br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **256.58** |
| Account No. **5774 4212 2001 5847**<br><br>**Wells Fargo Financial Natl Bank**<br>**P.O. Box 94498**<br>**Las Vegas, NV 89193** | | J | **2008 - 2009**<br>**Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | **324.55** |

Sheet no. __18__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,598.83**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **ADRIAN BOYD,**
       **LATHA A. BOYD**
                                                              Case No. _____
                                                         ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5774-4298-9051-9774 <br><br> **Wells Fargo Financial Natl Bank** <br> **P.O. Box 98752** <br> **Las Vegas, NV 89193** | | J | **2004 - 2009** <br> **Misc. credit card purchases for food, clothes, gas, household goods and/or various sundry items.** | | | | 4,043.19 |
| Account No. 5941027390 <br><br> **Wells Fargo Financial/Bay Furniture** <br> **P.O. Box 10475** <br> **Des Moines, IA 50306** | | W | **Opened 3/17/01 Last Active 2/01/02** <br> **Charge Account** | | | | 0.00 |
| Account No. 59847909329098552 <br><br> **WFNNB / Express** <br> **WFNNB - Bankruptcy Department** <br> **P.O. Box 182125** <br> **Columbus, OH 43218** | | W | **Opened 9/28/93 Last Active 12/09/04** <br> **Charge Account** | | | | 0.00 |
| Account No. 585114317 <br><br> **WFNNB / New York & Company** <br> **WFNNB - Bankruptcy Department** <br> **P.O. Box 182125** <br> **Columbus, OH 43218** | | W | **Opened 6/21/01 Last Active 1/08/07** <br> **Charge Account** | | | | 0.00 |
| Account No. 26938054269380544 <br><br> **WFNNB / Victoria's Secret** <br> **WFNNB - Bankruptcy Department** <br> **P.O. Box 182125** <br> **Columbus, OH 43218** | | W | **Opened 12/09/03 Last Active 3/08/07** <br> **Charge Account** | | | | 0.00 |

Sheet no. __19__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          4,043.19

Total
(Report on Summary of Schedules)          104,051.08

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **ADRIAN BOYD,**                                                    Case No. _____
      **LATHA A. BOYD**

_____,
                  Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Toyota Financial Services**<br>**Toyota Motor Credit Company**<br>**P.O. Box 4102**<br>**Carol Stream, IL 60197** | **Debtor's interest is as Lessee in lease of 2007**<br>**Toyota 4-Runner automobile** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **ADRIAN BOYD,**
      **LATHA A. BOYD**                 Case No. _____

_____,

Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Boyd IT Consulting LLC**<br>**359 Osage Drive**<br>**Bolingbrook, IL 60490** | **The Hartford**<br>**Hartford Insurance Company**<br>**P.O. Box 2907**<br>**Hartford, CT 06104** |
| **Boyd IT Consulting LLC**<br>**359 Osage Drive**<br>**Bolingbrook, IL 60490** | **Advance Insurance Consultants, Inc.**<br>**1783 S. Washington Street, #101B**<br>**Naperville, IL 60565** |
| **Boyd IT Consulting, LLC**<br>**359 Osage Drive**<br>**Bolingbrook, IL 60490** | **Harfford Insurance Company**<br>**P.O. Box 2907**<br>**Hartford, CT 06104** |

**0**

\_\_\_\_\_ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re  **ADRIAN BOYD**
        **LATHA A. BOYD**
        _____   Case No. _____
                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Daughter** | AGE(S): **10** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | pharmacy manager |
| Name of Employer | **none at present** | **Walgreen's Corporation** |
| How long employed | | **7 years** |
| Address of Employer | | **683 E. 83rd Street**<br>**Bolingbrook, IL 60440** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 9,274.14 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 9,274.14 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 2,095.96 |
| b. Insurance | $ 0.00 | $ 345.60 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): **Profit-sharing USA** | $ 0.00 | $ 208.31 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 2,649.87 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 6,624.27 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 0.00 | $ 6,624.27 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 6,624.27 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re    **ADRIAN BOYD**
**LATHA A. BOYD**                                          Case No. _____
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,293.22 |
| a. Are real estate taxes included?          Yes __X__          No ____ | | |
| b. Is property insurance included?          Yes __X__          No ____ | | |
| 2. Utilities:      a. Electricity and heating fuel | $ | 300.00 |
| b. Water and sewer | $ | 100.00 |
| c. Telephone | $ | 80.00 |
| d. Other  __See Detailed Expense Attachment__ | $ | 260.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 50.00 |
| 4. Food | $ | 550.00 |
| 5. Clothing | $ | 25.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 75.00 |
| 8. Transportation (not including car payments) | $ | 138.33 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 86.66 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 140.00 |
| e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 417.24 |
| b. Other  __See Detailed Expense Attachment__ | $ | 1,027.55 |
| 14. Alimony, maintenance, and support paid to others | $ | 735.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  __See Detailed Expense Attachment__ | $ | 290.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 6,618.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.    Average monthly income from Line 15 of Schedule I | $ | 6,624.27 |
| b.    Average monthly expenses from Line 18 above | $ | 6,618.00 |
| c.    Monthly net income (a. minus b.) | $ | 6.27 |

**B6J (Official Form 6J) (12/07)**

In re    **ADRIAN BOYD
LATHA A. BOYD**         Case No. _____

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| Internet & telephone service | $ | 200.00 |
| Dish TV service | $ | 60.00 |
| **Total Other Utility Expenditures** | $ | 260.00 |

**Other Installment Payments:**

| | | |
|---|---|---|
| Second mortgage/home equity line of credit | $ | 304.00 |
| Auto lease | $ | 488.55 |
| Homeowner association fees/dues | $ | 235.00 |
| **Total Other Installment Payments** | $ | 1,027.55 |

**Other Expenditures:**

| | | |
|---|---|---|
| Child care | $ | 190.00 |
| Personal grooming, to wit:  hair & nails | $ | 50.00 |
| Misc. sundry items | $ | 50.00 |
| **Total Other Expenditures** | $ | 290.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **ADRIAN BOYD**
**LATHA A. BOYD**
_____    Case No. _____
Debtor(s)    Chapter    **7**    _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**37**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **November 30, 2009**          Signature   **/s/ ADRIAN BOYD**
                                                   **ADRIAN BOYD**
                                                   Debtor

Date   **November 30, 2009**          Signature   **/s/ LATHA A. BOYD**
                                                   **LATHA A. BOYD**
                                                   Joint Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **ADRIAN BOYD**
    **LATHA A. BOYD**
                                    Debtor(s)                Case No.
                                                  Chapter    **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$102,948.33** | **2009 YTD: Wife Employment Income** |
| **$161,318.00** | **2008: Both Employment Income** |
| **$169,873.00** | **2007: Both Employment Income** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                SOURCE

**3. Payments to creditors**

None
☐

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Regions Mortgage<br>P.O. Box 18001<br>Hattiesburg, MS 39404 | September, October & November, 2009<br>(regular monthly payments due on first mortgage) | $6,579.00 | $324,726.00 |
| WaMu / Washington Mutual Bank<br>JPMorgan Chase Bank, N.A.<br>7255 Baymeadows Way<br>Jacksonville, FL 32256 | September, October & November, 2009<br>(regular monthly payments due on second mortgage/home equity line of credit) | $912.00 | $85,879.00 |
| Wachovia Dealer Services, Inc.<br>P.O. Box 25341<br>Santa Ana, CA 92799 | September, October & November, 2009<br>(regular monthly payments due on auto loan) | $1,251.00 | $16,825.00 |
| Toyota Financial Services<br>Toyota Motor Credit Company<br>P.O. Box 4102<br>Carol Stream, IL 60197 | September, October & November, 2009<br>(regular monthly payments due on auto lease) | $1,465.65 | $6,839.70 |

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐
a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Intelligent Solutions, Inc. vs. Adrian Boyd, et. al. Case No. 2008 CH 4626** | **Debtor, Adrian Boyd, is the Defendant in a lawsuit claiming monies owed, plus interest, attorney fees and court costs; see Schedule F** | **Circuit Court for the 18th Judicial District, Wheaton, DuPage County, Illinois** | **pending and unresolved** |
| **In Re the Matter of:  Adrian Boyd Docket No. 1995-520493-DM** | **Debtor, Adrian Boyd, is the Respondent in a lawsuit claiming monies owed for child support, plus interest, attorney fees and court costs; see Schedule E** | **3rd Judicial Circuit, Wayne County, Michigan** | **pending and unresolved** |

None
■
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
■
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

4

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Offices of Gregory D. Bruno** <br> **1807 N. Broadway** <br> **Melrose Park, IL 60160** | **November 27, 2009** | **$1,869.00 was paid for attorney's fees and filing costs for legal representation in Chapter 7 bankruptcy.** |

**10. Other transfers**

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

5

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

7

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **November 30, 2009**            Signature **/s/ ADRIAN BOYD**
                                              **ADRIAN BOYD**
                                              Debtor


Date **November 30, 2009**            Signature **/s/ LATHA A. BOYD**
                                              **LATHA A. BOYD**
                                              Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **ADRIAN BOYD**
       **LATHA A. BOYD**
                                         Debtor(s)

Case No. _____

Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Regions Mortgage** | **Describe Property Securing Debt:**<br>**Single-family, four bedroom home located at 359 Osage Drive, Bolingbrook, Illinois** |

Property will be (check one):
- ☐ Surrendered            ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other.  Explain  **Debtor will retain collateral and continue to make regular payments.**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt            ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Wachovia Dealer Services, Inc.** | **Describe Property Securing Debt:**<br>**2005 Honda Civic automobile; 70,000 miles; good condition Location: 359 Osage Drive, Bolingbrook IL** |

Property will be (check one):
- ☐ Surrendered            ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt            ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                    Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**WaMu / Washington Mutual Bank** | **Describe Property Securing Debt:**<br>**Single-family, four bedroom home located at 359 Osage**<br>**Drive, Bolingbrook, Illinois** |

Property will be (check one):

☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain  <u>**Debtor will retain collateral and continue to make regular payments.**</u>   (for example, avoid lien using 11
U.S.C. § 522(f)).

Property is (check one):

☐ Claimed as Exempt                    ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease.
Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11<br>U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or
personal property subject to an unexpired lease.**

Date  <u>**November 30, 2009**</u>                    Signature    <u>**/s/ ADRIAN BOYD**</u>
                                                                                    **ADRIAN BOYD**
                                                                                    Debtor

Date  <u>**November 30, 2009**</u>                    Signature    <u>**/s/ LATHA A. BOYD**</u>
                                                                                    **LATHA A. BOYD**
                                                                                    Joint Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re    **ADRIAN BOYD**
       **LATHA A. BOYD**                                Case No.
                                       Debtor(s)            Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | 1,570.00 |
   | Prior to the filing of this statement I have received | $ | 1,570.00 |
   | Balance Due | $ | 0.00 |

2.   $ **299.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **November 30, 2009**                      **/s/ Gregory D. Bruno**
                                             **Gregory D. Bruno**
                                             **Law Offices of Gregory D. Bruno**
                                             **1807 N. Broadway**
                                             **Melrose Park, IL 60160**
                                             **(708) 343-4544  Fax: (708) 343-4670**

B 201 (12/08)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

  2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

  3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### **Chapter 11**: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

  Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### **Chapter 12**: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

  Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. **Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

  A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

  I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **Gregory D. Bruno** | X **/s/ Gregory D. Bruno** | **November 30, 2009** |
| Printed Name of Attorney | Signature of Attorney | Date |
| Address: | | |
| **1807 N. Broadway** | | |
| **Melrose Park, IL 60160** | | |
| **(708) 343-4544** | | |

### Certificate of Debtor

  I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | | |
|---|---|---|
| **ADRIAN BOYD** | | |
| **LATHA A. BOYD** | X **/s/ ADRIAN BOYD** | **November 30, 2009** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) | X **/s/ LATHA A. BOYD** | **November 30, 2009** |
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
### Northern District of Illinois

In re **ADRIAN BOYD**
**LATHA A. BOYD**
Debtor(s)

Case No. _____
Chapter  **7**   _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **112**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **November 30, 2009**

**/s/ ADRIAN BOYD**
**ADRIAN BOYD**
Signature of Debtor

Date:  **November 30, 2009**

**/s/ LATHA A. BOYD**
**LATHA A. BOYD**
Signature of Debtor

ADT Security Services, Inc.
P.O. Box 650485
Dallas, TX 75265


Advance Insurance Consultants, Inc.
1783 S. Washington Street, #101B
Naperville, IL 60565


American General Finance
600 N Royal Avenue
Evansville, IN 47715


American General Finance
2149 W. Jefferson Street
Joliet, IL 60435


American Sale
By Wells Fargo Financial Natl Bank
P.O. Box 94498
Las Vegas, NV 89193


American Sale
By Wells Fargo Financial Natl Bank
P.O. Box 94498
Las Vegas, NV 89193


AT&T
P.O. Box 8100
Aurora, IL 60507


Bank of America
P.O. Box 15019
Wilmington, DE 19886


Bank of America
P.O. Box 17054
Wilmington, DE 19850


Bank One, N.A.
201 N Walnut St., # De1-10
Wilmington, DE 19801


Bay Furniture
P.O. Box 98796
Las Vegas, NV 89193

Best Buy Co., Inc.
c/o HSBC Retail Services
P.O. Box 17298
Baltimore, MD 21297


Best Buy Co., Inc.
c/o HSBC Retail Services
P.O. Box 17298
Baltimore, MD 21297


Boyd IT Consulting LLC
359 Osage Drive
Bolingbrook, IL 60490


Boyd IT Consulting LLC
359 Osage Drive
Bolingbrook, IL 60490


Boyd IT Consulting, LLC
359 Osage Drive
Bolingbrook, IL 60490


Capital Management Services, LP
726 Exchange Street, Ste. 700
Buffalo, NY 14210


Capital Management Services, LP
726 Exchange Street, Ste. 700
Buffalo, NY 14210


Capital Management Services, LP
726 Exchange Street, Ste. 700
Buffalo, NY 14210


Capital Management Services, LP
726 Exchange Street, Ste. 700
Buffalo, NY 14210


Capital Management Services, LP
726 Exchange Street, Ste. 700
Buffalo, NY 14210

Capital One
Capital One Bank (USA), N.A.
P.O. Box 30281
Salt Lake City, UT 84130


Carol Stream Fire Protection Dist.
c/o Seyfarth Shaw LLP
131 S. Dearborn St., Ste. 2400
Chicago, IL 60603


Chase
900 Stewart Ave Fl 3
Garden City, NY 11530


Chase Bank USA, N.A.
Chase VISA
P.O. Box 15548
Wilmington, DE 19886


Chase Bank USA, N.A.
Chase VISA
P.O. Box 15548
Wilmington, DE 19886


Chase Bank USA, N.A.
P.O. Box 15298
Wilmington, DE 19850


Chase Bank USA, N.A.
P.O. Box 15298
Wilmington, DE 19850


Chase Bank USA, N.A.
P.O. Box 15298
Wilmington, DE 19850


Chase-Pier
P.O. Box 15298
Wilmington, DE 19850


CIT Bank
serviced by Vericrest Financial Inc
P.O. Box 24330
Oklahoma City, OK 73124

CIT Bank / Dfs
12234 N Ih 35 Sb Bldg B
Austin, TX 78753


CITI
P.O. Box 653095
Dallas, TX 75265


Citi
P.O. Box 6241
Sioux Falls, SD 57117


Citibank (South Dakota), N.A.
Box 6000
The Lakes, NV 89163


Citicorp Credit Services Inc. (USA)
P.O. Box 653095
Dallas, TX 75265


Citifinancial Retail Services
P.O. Box 22066
Tempe, AZ 85285


Citifinancial Retail Services
P.O. Box 22066
Tempe, AZ 85285


Discover Financial Svcs LLC
P.O. Box 15316
Wilmington, DE 19850


Discover Financial Svcs LLC
P.O. Box 15316
Wilmington, DE 19850


Div. of Child Support Enforcement
P.O. Box 19405
Springfield, IL 62794


Eagle Creek Apartments
c/o National Credit Audit Corp.
P.O. Box 730988
Dallas, TX 75373

FIA Card Services, N.A.
655 Papermill Road
Wilmington, DE 19884


Fifth Third Bank
38 Fountain Square Plaza
Cincinnati, OH 45202


Funancing
c/o GE Money Bank
P.O. Box 960061
El Paso, TX 79998


GE Money Bank
Attn: Bankruptcy Dept.
P.O. Box 103106
Roswell, GA 30076


GE Money Bank
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076


GE Money Bank / American Honda
P.O. Box 981439
El Paso, TX 79998


GE Money Bank / American Honda
P.O. Box 981439
El Paso, TX 79998


GE Money Bank / Care Credit
P.O. Box 981439
El Paso, TX 79998


GE Money Bank / Empire
P.O. Box 981439
El Paso, TX 79998


GE Money Bank / Funancing
P.O. Box 981439
El Paso, TX 79998

GE Money Bank / Paypal Buyer Credit
P.O. Box 981064
El Paso, TX 79998


GE Money Bank / Sema
P.O. Box 981439
El Paso, TX 79998


GE Money Bank /JCPenney
Po Box 984100
El Paso, TX 79998


Harfford Insurance Company
P.O. Box 2907
Hartford, CT 06104


HSBC / Best Buy
P.O. Box 15519
Wilmington, DE 19850


HSBC / Best Buy
P.O. Box 15519
Wilmington, DE 19850


HSBC / Wickes
90 Christiana Road
New Castle, DE 19720


HSBC Bank
P.O. Box 5253
Carol Stream, IL 60197


HSBC Bank
P.O. Box 5253
Carol Stream, IL 60197


HSBC Bank
HSBC Retail Services
P.O. Box 17298
Baltimore, MD 21297


HSBC Retail Services
P.O. Box 17298
Baltimore, MD 21297

HSBC Retail Services
P.O. Box 17602
Baltimore, MD 21297


IL Dept of Healthcare & Family Svcs
Div. of Child Support Enforcement
16 W. Cass Street, 4th Floor
Joliet, IL 60432


Infi Bank
1620 Dodge Street
Omaha, NE 68197


Infi Bank
1620 Dodge Street
Omaha, NE 68197


Intelligent Solutions, Inc.
c/o Belongia, Shapiro & Hynes LLP
20 S. Clark St., Ste. 300
Chicago, IL 60603


Internal Revenue Service
Department of the Treasury
P.O. Box 804527
Cincinnati, OH 45280


ISPC
1115 Gunn Highway
Odessa, FL 33556


Jared Galleria of Jewelry
Jareds Jewelers
P.O. Box 740425
Cincinnati, OH 45274


Karen L. Boyd
present whereabouts unknown


Kohl's
P.O. Box 2983
Milwaukee, WI 53201

Kohls / Chase
N56 W 17000 Ridgewood Drive
Menomonee Falls, WI 53051


Lamont, Hanley & Associates, Inc.
Attn:  LISA SIMPLETON
1138 Elm Street,  P.O. Box 179
Manchester, NH 03105


Lamont, Hanley & Associates, Inc.
Attn:  LISA SIMPLETON
1138 Elm Street,  P.O. Box 179
Manchester, NH 03105


Lamont, Hanley & Associates, Inc.
Attn:  MS. CHRISTIANSEN
1138 Elm Street,  P.O. Box 179
Manchester, NH 03105


Macy's / Dept. Stores National Bank
9111 Duke Blvd
Mason, OH 45040


Michigan SDU
P.O. Box 30351
Lansing, MI 48909


NCO Financial Systems Inc.
P.O. Box 4906
DEPT 64
Trenton, NJ 08650


Nextcard
P.O. Box 60610
Phoenix, AZ 85082


One Card / MasterCard
P.O. Box 2858
Omaha, NE 68103


PayPal Buyer Credit
P.O. Box 960080
Orlando, FL 32896

Pier 1 / Nb
800 Brooksedge Blvd.
Westerville, OH 43081


Regions Mortgage
P.O. Box 18001
Hattiesburg, MS 39404


Resident Data Financial
12770 Colt Road, Ste. 1000
Dallas, TX 75251


RNB-Fields3
P.O. Box 9475
Minneapolis, MN 55440


Sam Ash Music
c/o HSBC Retail Services
P.O. Box 17602
Baltimore, MD 21297


Screen Printing Superstore
1780 Forrest Way
Carson City, NV 89706


Sears / Citibank SD
P.O. Box 6189
Sioux Falls, SD 57117


State Disbursement Unit
P.O. Box 5400
Carol Stream, IL 60197


State of Michigan Office Chi
P.O. Box 30478
Lansing, MI 48909


Student Loan Mkt Assn.
2000 Bluffs Drive
Lawrence, KS 66044


Student Loan Mkt Assn.
2000 Bluffs Drive
Lawrence, KS 66044

T-Shirt Wholesaler
1780 Forrest Way
Carson City, NV 89706


The Hartford
Hartford Insurance Company
P.O. Box 2907
Hartford, CT 06104


The Home Depot
c/o CITI
P.O. Box 653095
Dallas, TX 75265


The Home Depot / Citibank SD
P.O. Box 6497
Sioux Falls, SD 57117


The Home Depot / Citibank SD
P.O. Box 6497
Sioux Falls, SD 57117


Toyota Financial Services
Toyota Motor Credit Company
P.O. Box 4102
Carol Stream, IL 60197


Toyota Financial Services
Toyota Motor Credit Company
P.O. Box 4102
Carol Stream, IL 60197


Vericrest Financial, Inc.
P.O. Box 619063
Dallas, TX 75261


Wachovia Dealer Services, Inc.
P.O. Box 25341
Santa Ana, CA 92799


WaMu / Washington Mutual Bank
JPMorgan Chase Bank, N.A.
7255 Baymeadows Way
Jacksonville, FL 32256

```
Wells Fargo Financial Natl Bank
800 Walnut Street
Des Moines, IA 50309


Wells Fargo Financial Natl Bank
P.O. Box 94498
Las Vegas, NV 89193


Wells Fargo Financial Natl Bank
P.O. Box 94498
Las Vegas, NV 89193


Wells Fargo Financial Natl Bank
P.O. Box 98752
Las Vegas, NV 89193


Wells Fargo Financial/Bay Furniture
P.O. Box 10475
Des Moines, IA 50306


WFNNB / Express
WFNNB - Bankruptcy Department
P.O. Box 182125
Columbus, OH 43218


WFNNB / New York & Company
WFNNB - Bankruptcy Department
P.O. Box 182125
Columbus, OH 43218


WFNNB / Victoria's Secret
WFNNB - Bankruptcy Department
P.O. Box 182125
Columbus, OH 43218
```